## No. 1906.—KATHMAN *v.* WALTERS.

No action lies to recover rent for the lease of a house to be used as a brothel.

APPEAL from the Fourth District Court of New Orleans. *Théard*, J. *Collins & Wooldridge*, for plaintiff and appellee. *B. Egan*, for C. C. Sampson, intervenor, appellee. *L. Madison Day*, for defendant, appellee. *McCay & Luzenburg*, for Ellen Broas, intervenor and appellant.

HOWE, J. We find no reason to disturb the judgment of the District Court in this case. The allegation that the claim of the intervenor for rent was founded upon a contract reprobated by law—the hiring of a house to be used as a brothel—seems to be sustained by the evidence. The claim for rent was therefore properly rejected.

It is therefore ordered that the judgment appealed from be affirmed, at the costs of appellant.

Chief Justice Ludeling and Justice Wyly absent